1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN THOMPSON,<br><br>                                   Plaintiff,<br>  vs.<br><br>SOCIAL SECURITY,<br><br>                                  Defendant. | CASE NO. 08cv0426-LAB (RBB)<br><br>**ORDER REQUIRING PLAINTIFF TO PROVIDE HIS CURRENT ADDRESS** |

On March 21, 2008 and again on April 18, 2008 mail sent to Plaintiff at the address he provided to the Court was returned as undeliverable. In his complaint, Plaintiff gave his street as "1333 Frountaire."[1] No such street exists in the ZIP code Plaintiff provided, or anywhere else in the city of San Diego. Perhaps not coincidentally, the U.S. Social Security Administration maintains an office at 1333 Front Street in San Diego. It is possible Plaintiff was attempting to provide Defendant's address instead of his own.

Under Civil Local Rule 83.11(b), a plaintiff proceeding *in propria persona* is required to provide the Court with his current address. Under this same rule, if mail directed to a plaintiff proceeding *in propria persona* is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his current address, the action may be dismissed without prejudice for failure to prosecute.

---

[1] Before writing the address, Plaintiff included the annotation "N/A."

1     Plaintiff is hereby **ORDERED** to comply with Civil Local Rule 83.11(b). **Should he fail
2 to do so, this action will be dismissed without prejudice without further notice to
3 Plaintiff.**
4     **IT IS SO ORDERED**.
5 DATED: April 25, 2008

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge