# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN THOMPSON,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08cv0426-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

　　　　On March 21, 2008 and again on April 18, 2008 mail sent to Plaintiff at the address he provided to the Court was returned as undeliverable. Under Civil Local Rule 83.11(b), a plaintiff proceeding *in propria persona* is required to provide the Court with his current address. Under this rule, if mail directed to a plaintiff proceeding *in propria persona* is returned by the Post Office, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his current address, the action may be dismissed without prejudice for failure to prosecute.

　　　　By an order issued April 25, 2008, Plaintiff was ordered to comply with Civil Local Rule 83.11(b), and was cautioned that if he failed to do so his complaint would be dismissed without prejudice without further notice to him. That order was mailed to Plaintiff, and was again returned as undeliverable. Sixty days have passed since mail sent to Plaintiff was first

/ / /

returned as undeliverable, and Plaintiff has not complied with Rule 83.11(b).  This action is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

DATED: May 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge